IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ROBERT COLLINS                                                    PLAINTIFF

v.                                    Case No. 6:21-cv-6054

SUPERVISOR JOE JONES, Trinity
Services Group; SHERIFF MIKE
MCCORMICK, et al.                                            DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation filed on June 17, 2021, by the Honorable

Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  ECF No.

4.  Judge Bryant recommends that this case be dismissed without prejudice based on Plaintiff's

failure to prosecute this case, obey an Order of the Court, and comply with Local Rule 5.5(c)(2).

Plaintiff has not filed objections to the Report and Recommendation, and the time to object

has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and

Recommendation (ECF No. 4) *in toto*.  Accordingly, Plaintiff's case is hereby **DISMISSED**

**WITHOUT PREJUDICE**.

IT IS SO ORDERED, this 2nd day of September, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge